IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 19-218-9 |
| | : | |
| JAMES GOODE | : | |

**ORDER**

**AND NOW**, this 13th day of May, 2020, after considering (1) the motion to sever Counts One, Two, Ten and Eleven of the superseding indictment based on prejudicial joinder filed by the defendant, James Goode ("Goode") (Doc. No. 168); (2) the government's response in opposition to the motion to sever (Doc. No. 170); (3) Goode's reply to the government's response to the motion to sever (Doc. No. 171); and after hearing argument on the motion to sever via telephone on May 7, 2020; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** that Goode's motion to sever (Doc. No. 168) is **DENIED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.